IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ANTON BYHEEM ROBINSON,
　　　Plaintiff,

v.                                                                 Civil No. 3:20cv851 (DJN)

SERGEANT THOMAS, *et al.*,
　　　Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on December 21, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $9.16 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof, pursuant to 28 U.S.C. § 1915(b)(1). (ECF No. 8.) Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action under Federal Rule of Civil Procedure 41. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of the Order electronically and send a copy to Plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/

David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 22 2021